# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DANNY LANE, on behalf of                                                              PLAINTIFFS
himself and all others similarly situated;
and BEVERLY LANE, on behalf of
herself and all others similarly situated

v.                                          No. 4:14CV00024 JLH

WELLS FARGO BANK, N.A.;
WELLS FARGO INSURANCE, INC.;
QBE INSURANCE CORPORATION;
QBE FIRST INSURANCE AGENCY, INC.;
and DOES 1-100                                                                        DEFENDANTS

## ORDER

The Court hereby stays all proceedings in this action until August 3, 2014, subject to plaintiffs' right to ask the Court to lift the stay if the court in *Fladell v. Wells Fargo Bank, N.A., et al.*, No. 13-cv-60721 (S.D. Fla.), denies preliminary or final approval of the settlement in *Fladell*. At the expiration of the stay, or should the Court lift the stay, defendants will have fourteen days to answer or otherwise respond to plaintiffs' complaint. If the court in *Fladell* issues an order granting final approval of that settlement, the parties must promptly advise this Court and seek dismissal of the case.

IT IS SO ORDERED this 7th day of March, 2014.

  /s/ J. Leon Holmes
  _____
  J. LEON HOLMES
  UNITED STATES DISTRICT JUDGE