IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

CASE NO. 4:14 CV-24-JM

DANNY LANE and BEVERLY LANE,
on behalf of themselves and all
others similarly situated,                                            PLAINTIFFS

vs.

WELLS FARGO BANK, N.A.;
WELLS FARGO INSURANCE, INC.;
QBE INSURANCE AGENCY, INC.;
and DOES 1-100                                                        DEFENDANTS

MOTION TO DISMISS

Plaintiffs, for their Motion to Dismiss, state:

1.  The issues in this case have been resolved through a national class action settlement in the Southern District of Florida. Plaintiffs participated in that proceeding, did not opt out of the certified class, and will be bound by the relief awarded in the class action settlement and the class releases prepared in that case. The class action settlement occurred in the Southern District of Florida in *Ira Marc Fladell, et al v. Wells Fargo Bank, N.A., et al*; Case No. 0-13-cv-60721.

2.  For the reasons set forth above, Plaintiffs pray that the Court enter an order dismissing this action.

WHEREFORE, Plaintiffs pray that the Court enter an order dismissing this action voluntarily at the request of the Plaintiffs; and for all other appropriate relief.

DATED: September 3, 2015

        Respectfully Submitted,

        */s/ Jack Wagoner III*
Jack Wagoner III
Angela Mann
Wagoner Law Firm, P.A.
1320 Brookwood Dr., Suites D & E
Little Rock, AR 72202
Telephone: (501) 663-5225
Facsimile: (501) 660-4030
jack@wagonerlawfirm.com
angela@wagonerlawfirm.com

## CERTIFICATE OF SERVICE

I certify that on September 3, 2015, I caused to be filed with the Clerk of Court a copy of the foregoing; the Clerk of Court, in turn, will cause to serve the foregoing by CM/ECF on all counsel or parties of record listed below.

Alexander Phillip Owings
Steven A. Owings
Owings Law Firm
1400 Brookwood Drive
Little Rock, AR 72202
Telephone: (501) 661-9999
Facsimile: (501) 661-8393

Barry Himmelstein
Himmelstein Law Network
2000 Powell Street, Suite 1605
Emeryville, CA 94608
Telephone: (510) 450-0782
Facsimile: (510) 924-0403

Sheri L. Kelly
Law Office of Sheri L. Kelly
31 East Julian Street, Suite 23
San Jose, CA 95112
Telephone: (408) 287-7712
Facsimile: (408) 583-4249

T. Brent Walker
Walker Law PLLC
502 Dogwood Meadows Lane
Austin, AR 72007
Telephone: (501) 605-8595

*Counsel for Plaintiffs*

Megan P. Stephens
John R. Chiles
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 458-5289
Facsimile: (205)714-6893

Robyn C. Quattrone (pro hac vice)
Pavitra Bacon (pro hac vice)
Katherine L. Halliday (pro hac vice)
BUCKLEYSANDLER LLP
1250 24th Street NW, Suite 700
Washington, DC 20037
Telephone: (202) 349-8000
Facsimile: (202) 349-8080

*Counsel for Defendants QBE FIRST Insurance*
*Agency, Inc. and QBE Insurance Corporation*

                  */s/ Jack Wagoner III*
                  Jack Wagoner III