**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DANNY LANE and BEVERLY LANE**
on behalf of themselves and all
others similarly situated,                                                                  **PLAINTIFFS**

**V.                              CASE NO.  4:14CV00024  JM**

**WELLS FARGO BANK, N.A.;
WELLS FARGO INSURANCE, INC.;
QBE INSURANCE AGENCY, INC.;
And DOES 1-100                                                                              DEFENDANTS**

## ORDER

Pending is the Plaintiffs' motion to dismiss.  (Docket # 26).  For good cause shown, the motion is GRANTED.  It appearing that the issues in this case have been resolved, the case is hereby dismissed with prejudice.  The Clerk is directed to close the case.

IT IS SO ORDERED this 8th day of December, 2015.

_____
James M. Moody Jr.
United States District Judge